IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNIE RUTH BELL,

    Plaintiff,

  v.

BANK ONE CORPORATION, BANK ONE CORPORATION aka BANK ONE OF OHIO, and DOES 1 through 50, inclusive,

    Defendants.

No. C 05-03032 WHA

**ORDER APPROVING STIPULATED DISMISSAL**

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 12, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE